James F. Halley, OSB 911757
JAMES F. HALLEY, P.C.
300 Oswego Pointe Drive, Suite 101
Lake Oswego, OR  97034-3254
jimhalley@halleylaw.com
Attorney for Defendant William Anthony McCormack, Jr.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>WILLIAM ANTHONY McCORMACK, Jr.,<br><br>    Defendant | No. 3:20-cr-00456-BR-01<br><br><br>DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE CHANGE OF PLEA HEARING AND FOR FINDING OF EXCLUDABLE DELAY |

I, James F. Halley, do declare under penalty of perjury that the following is true and correct:

1. I am a member of the Oregon State Bar, and I am counsel for defendant William Anthony McCormack, Jr. in this case.

2. The change of plea hearing is currently scheduled for March 17, 2021.  I ask that the court continue the hearing to March 30, 2021.

3. Mr. McCormack has been awaiting in-patient treatment.  On December 23, 2020, the court ordered Mr. McCormack to remain in custody until a time that he could be released to an in-patient treatment bed.  (CR 25.)  I learned today from PTS Officer Kevin McGlothen that a bed will be available for Mr. McCormack tomorrow, March 16, 2021.  I expect that he will have an orientation period at the beginning of his stay, and that attending the change of plea hearing may interfere

PAGE 1 - DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE CHANGE OF PLEA HEARING AND FOR FINDING OF EXCLUDABLE DELAY

James F. Halley, P.C.
Attorney At Law
300 Oswego Pointe Drive, Suite 101
Lake Oswego, OR  97034-3254
jimhalley@halleylaw.com

h:\mccormack, william - 1422\motion to continue cop hearing and finding of excludable delay - supporting declaration.docx  3/15/2021

with the orientation activities. I ask for this 14 day continuance so that Mr. McCormack can comply with the requirements of his treatment program without interruption.

4. AUSA Scott Bradford does not object to this continuance of the hearing.

5. I have advised Mr. McCormack of his rights under the Speedy Trial Act, 18 U.S.C. §3161(c), to have a trial within 70 days of the date of the indictment, or his first appearance in court, whichever is later. He has agreed to waive those rights as to this requested continuance.

6. For these reasons, I ask that the change of plea hearing date be continued to March 30, 2021.

Date: March 15, 2021                                      /s James F. Halley_____
                                                          James F. Halley, OSB #911757

PAGE 2 - DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO CONTINUE CHANGE OF PLEA HEARING AND FOR FINDING OF EXCLUDABLE DELAY

James F. Halley, P.C.
Attorney At Law
300 Oswego Pointe Drive, Suite 101
Lake Oswego, OR  97034-3254
jimhalley@halleylaw.com

h:\mccormack, william - 1422\motion to continue cop hearing and finding of excludable delay - supporting declaration.docx  3/15/2021